JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| RODOLFO ARAUJO MURILLO AND MATEO ARAUJO VERASTEGUI,[1] | Case No. EDCV 26-2809-AS |
| Petitioners, | |
| v. | **JUDGMENT** |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is GRANTED.

DATED: June 3, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the Petition spells the first Petitioner's first name as "Rudolfo," this appears to be an error, as all the documents attached to the Petition spell his name as "Rodolfo."